FILED
CLERK, U.S. DISTRICT COURT

11/13/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHANSHAH SHOUHED, | NO. CV 19-1934 FMO (KSx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, et al., | |
| Defendants. | |

Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 13th day of November, 2019.

/s/
Fernando M. Olguin
United States District Judge